```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO. 16-62707-CIV-ZLOCH
```

ISMET BALTA,

       Plaintiff,

vs.                                **FINAL ORDER OF DISMISSAL**

ROCCO'S PIZZA, INC. d/b/a
ROCCO'S PIZZA, GAETANO TUSA,

       Defendants.

_____/

THIS MATTER is before the Court upon the Joint Motion To Approve Settlement Agreement And To Dismiss With Prejudice (DE 22), filed herein by all Parties. The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Parties' Joint Motion To Approve Settlement Agreement And To Dismiss With Prejudice (DE 22) be and the same is hereby **GRANTED**;

2. Pursuant to Lynn's Food Stores v. United States, 679 F.2d 1350 (11th Cir. 1982), the Parties' Settlement Agreement (DE 22-1) has been reviewed by the Court and the same is hereby approved, adopted and ratified by the Court;

3. The above-styled cause be and the same is hereby **DISMISSED**

with prejudice; and

    4. The Court will retain jurisdiction solely for the purpose of enforcing the Parties' Settlement Agreement (DE 22-1).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___17th___ day of July, 2017.

                                                        _____
                                                        WILLIAM J. ZLOCH
                                                        Sr. United States District Judge

Copies furnished:

All Counsel of Record